

June 17, 2024

**VIA CM/ECF**

The Honorable Cathy L. Waldor
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

   **RE:** <u>**United Rentals (North America), Inc. v. Liberty Mutual Fire Insurance Company**</u>
      **Civil Action No.: 2:19-CV-17169-SRC-CLW**

Dear Magistrate Judge Waldor:

  We represent Plaintiff in the above-referenced matter. On June 13, 2024, Your Honor scheduled an In-Person Status Conference for June 26, 2024 at 10:00 a.m. The parties jointly request a two-week adjournment of the conference as counsel for both parties are unavailable that week due to their respective previously scheduled vacations.

  We appreciate Your Honor's consideration of this request.

           Respectfully submitted,

           *Stacy M. Manobianca*

           Stacy M. Manobianca
           Main: (973) 446-7300
           SManobianca@sdvlaw.com

cc: Counsel of Record via CM/ECF

233 Mount Airy Road, Basking Ridge, NJ 07920 • 973.446.7300
www.sdvlaw.com
Connecticut • Florida • California • New Jersey