# Kennedys

120 Mountain View Boulevard
Post Office Box 650
Basking Ridge
New Jersey 07920

Gary.Kull@Kennedyslaw.com

908.848.1224

July 1, 2024

**VIA CM/ECF**

The Honorable Stanley R. Chesler
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

> **RE:**   **United Rentals (North America), Inc. v. Liberty Mutual Fire Ins. Co.**
> **Civil Action:**       **2:19-CV-17169-SRC-CLW**

Dear Judge Chesler:

As your Honor is aware this office represents defendant Liberty Mutual Fire Insurance Company ("LMFIC") in the above captioned matter.  On June 13, 2024, Your Honor scheduled a Jury Trial for September 3, 2024, at 9:30 a.m.

I write to request an adjournment of the trial date.  I have spoken to Ms. Manobianca, and she has consented to this request.  The reason that we seek an adjournment is that I have a pre-planned vacation with my family the week leading into Labor Day weekend and through the Labor Day holiday weekend.  I will be flying home from the west coast with two of my daughters on September 3rd.

In addition, Ms. Manobianca asked me today also to let the Court know that she is not available the following week, beginning September 9.  We therefore are jointly and respectfully asking the Court to set this case for trial the week of September 16, or after.

Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP.

*Kennedys offices, associations and cooperations:*  Australia, Argentina, Belgium, Brazil, Chile, China, Colombia, Denmark, England and Wales, France, Hong Kong, India, Ireland, Italy, Mexico, New Zealand, Northern Ireland, Norway, Pakistan, Peru, Poland, Portugal, Russian Federation, Scotland, Singapore, Spain, Sweden, United Arab Emirates, United States of America.

Kennedys

The Honorable Stanley R. Chesler
July 1, 2024
Page 2                                        United Rentals (North America), Inc. v. Liberty Mutual Fire Ins. Co.

      We appreciate Your Honor's consideration of this request and are available at the Court's convenience.

                    Respectfully submitted,

                    s/ Gary S. Kull

                    Gary S. Kull